IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00179-BO

**Donna England**,

    Plaintiff,

v.

**Wilmington Plastic Surgery, P.A. f/k/a Wilmington Plastic Surgery Specialists, P.A.**,

    Defendant.

**Order**

Defendant Wilmington Plastic Surgery, P.A. has asked the court to stay various deadlines while the court addresses a pending motion to dismiss. Donna England, the Plaintiff, does not oppose this request. The court convened a telephonic hearing to discuss this matter further with the parties.

After speaking with the parties, the court believes it is appropriate to grant the motion. England is still in the process of responding to WPS's discovery requests. And without completed responses, WPS cannot resume England's deposition. On top of the need to complete discovery, the current public health crisis is complicating the ability to conduct depositions.

Thus, the grants the motion to stay deadlines. D.E. 58. The deadlines in the court's January 6, 2020 Order are stayed. The court will, if necessary, reset the deadlines for completion of discovery, filing of dispositive motions, and conducting mediation after the court resolves the motion to dismiss.

Dated: April 21, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge